**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7653**

———————

PAUL B. GOIST,

Petitioner - Appellant,

versus

UNITED STATES BUREAU OF PRISONS; JOHN DOE;
JANE DOE; STATUTORY AGENT OFFICERS; DAN DOVE,
Warden of Edgefield Federal Correctional
Institution,

Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill. Henry M. Herlong, Jr., District
Judge. (CA-02-2211-0-20-BD)

———————

Submitted: December 19, 2002          Decided: January 7, 2003

———————

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Paul B. Goist, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Paul B. Goist, a federal prisoner, seeks to appeal the district court's order accepting the recommendation of the magistrate judge's recommendation and denying relief on his petition that it construed as filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Goist v. United States Bureau of Prisons, No. CA-02-2211-0-20-BD (D.S.C. Sept. 25, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2